# SCHEDULE A

**SCHEDULE A**

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

### PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Hidalgo County, Texas

Tracts:   RGV-MCS-2044,   -1,   -2
Owner:   Harold M. Summers, *et al.*
Acres:   1.243

RGV-MCS-2044
**BEING** a 0.354 acre tract (15,410 square feet) parcel of land, more or less, being out of a
called 7.08 acre tract (Tract 144), conveyed to Ballard F. McKee Volume 769 Page 19
Deed Records of Hidalgo County. Now part of the Estate of Ballard F. McKee whose
Will in Probate(Case No. P-10,580, Probate Records Hidalgo County), said 7.08 acre
tract of land is Tract 144 as shown on the partition map of Los Ejidos de Reynosa Viejo
Grant being recorded in Volume 7, Page 5-8 of the Map Records of Hidalgo County
(M.R.H.C.), Texas, said 0.354 acre (15,410 square feet) parcel of land being more
particularly described as follows;

**COMMENCING** at a found 5/8" rebar with an aluminum cap stamped "TR 370E Cor
9", having a coordinate of N=16,599,780.594, E=1,010,022.865, said point being the
southwest comer of tract 144 and the northwest comer of tract 144-A of said partition
map of Los Ejidos de Reynosa Viejo Grant, said point also being the northwest comer of
said Cameron County, Texas tract and the northwest comer of the river levee easement
("859-H"), recorded in Volume 938, Page 51, Deed Records of Hidalgo County
(D.R.H.C.), Texas, conveyed to the United States of America;

**THENCE:** S 80°42'41" E, along the north line of said Cameron County, Texas tract and
the north right of way line of said levee easement ("859-H") and the south line of said
Estate of Ballard F. McKee tract, passing at 87.70 feet a set 5/8" rebar with a "B&F
Engineering, Inc." aluminum cap stamped "RGV-O-4A_6-1", continuing in all a distance
of 114.62 feet to the **POINT OF BEGINNING** and having a coordinate of
N=16,599,762.094, E=1,010,135.978, said point being the southwest comer of the herein
described proposed acquisition tract;

**THENCE:** N 23°00'54" E, departing the north line of said Cameron County, Texas tract,
the north right of way line of said levee easement ("859-H") and the south line of said
Estate of Ballard F. McKee tract, a distance of 153.69 feet to an angle point;

**THENCE:** N 22°23'03" E, a distance of 33.81 feet to an angle point;

**THENCE:** N 17°03'55" E, a distance of 25.48 feet to an angle point;

**THENCE:** N 09°22'40" E, a distance of 51.79 feet to an angle point;

## SCHEDULE C (Cont.)

**THENCE:** N 04°47'20" E, a distance of 24.10 feet to an angle point;

**THENCE:** N 0 1 °51 '30" E, a distance of 20.08 feet to point on the north line of said Estate of Ballard F. McKee tract for the northwest corner of the herein described proposed acquisition tract;

**THENCE:** S 79° 21' 13" E, along said north line of said Estate of Ballard F. McKee tract, passing at 25.30 feet the centerline of a gravel road, continuing in all a distance of 50.59 feet to point on the north line of said Estate of Ballard F. McKee tract for the northeast corner of the herein described proposed acquisition tract;

**THENCE:** S 01 °51 '30" W, departing said north line of said Estate of Ballard F. McKee tract, a distance of 13.63 feet to an angle point;

**THENCE:** S 04°47'20" W, a distance of 27.39 feet to an angle point;

**THENCE:** S 09°22 '40" W, a distance of 57 .15 feet to an angle point;

**THENCE:** S 17°03 '55" W, a distance of 31.16 feet to an angle point;

**THENCE:** S 22°23 '03" W, a distance of 36.40 feet to an angle point;

**THENCE:** S 23°00'54" W, a distance of 141.75 feet to a point on the north line of said Cameron County, Texas tract, the north right of way line of said levee easement ("859-H") and the south line of said Estate of Ballard F. McKee tract, said point being the southeast corner of the herein described proposed acquisition tract;

**THENCE:** N 80°42'41" W, along the north line of said Cameron County, Texas tract, the north right of way line of said levee easement ("859-H") and the south line of said Estate of Ballard F. McKee tract, passing at 25.73 feet the centerline of a gravel road, continuing in all a distance of 51.4 7 feet to the **POINT OF BEGINNING** and containing 0.354 acres (15,410 square feet) of land, more or less.

RGV-MCS-2044-1
**BEING** a 0.514 acre tract (22,403 square feet) parcel of land, more or less, being out of a called 7.08 acre tract (Tract 144), conveyed to Ballard F. McKee Volume 769 Page 19 Deed Records of Hidalgo County. Now part of the Estate of Ballard F. Mc Kee whose will in Probate (Case No. P-10,580, Probate Records Hidalgo County), said 7.08 acre tract of land is Tract 144 as shown on the partition map of Los Ejidos de Reynosa Viejo Grant being recorded in Volume 7, Page 5-8 of the Map Records of Hidalgo County (M.R.H.C.), Texas, said 0.514 acre (22,403 square feet) parcel of land being more particularly described as follows;

## SCHEDULE C (Cont.)

**BEGINNING** at a found 5/8" rebar with an aluminum cap stamped "TR370E Cor 9", having a coordinate of N=16,599,780.594, E=1,010,022.865, said point being the southwest corner of tract 144 and the northwest corner of tract 144-A of said partition map of Los Ejidos de Reynosa Viejo Grant, said point also being the northwest corner of said Cameron County, Texas tract and the northwest corner of the river levee easement ("859-H"), recorded in Volume 938, Page 51, Deed Records of Hidalgo County (D.R.H.C.), Texas, conveyed to the United States of America;

**THENCE**, N35-15-31E 39.96 feet along the west line of this tract and the East line of the USFWS tract;

**THENCE**, N34-47-38E 296.47 feet along said East line of said USFWS tract;

**THENCE**, S79-21-13E a distance of 12.63 feet to a point on the north line of said Estate of Ballard F. Mc Kee tract for the northwest corner of the herein described proposed acquisition tract;

**THENCE**, S01-51-30W 20.08 feet along the West line of MCS-2044 to a point;

**THENCE**, S04-47-20W 24.10 feet along the West line of MCS-2044 to a point;

**THENCE**, S09-22-40W 51.79 feet along the West line of MCS-2044 to a point;

**THENCE**, S17-03-55W 25.48 feet along the West line of MCS-2044 to a point;

**THENCE**, S22-23-02W 33.81 feet along the West line of MCS-2044 to a point;

**THENCE**, S23-00-54W 153.69 feet along the West line of MCS-2044 to a point;

**THENCE**, N80-42-41W 114.62 feet along the south line of this tract and the North line of the RGV-0-4A_6 MCS-2020-2 tract returning to the **POINT OF BEGINNING** and containing 0.514 acres (22,403 square feet) of land, more or less.

RGV-MCS-2044-2
**BEING** a 0.375 acre tract (16,318 square feet) parcel of land, more or less, being out of a called 7.08 acre tract (Tract 144), conveyed to Ballard F. McKee Volume 769 Page 19 Deed Records of Hidalgo County. Now part of the Estate of Ballard F. Mc Kee whose will in Probate(Case No. P-10,580, Probate Records Hidalgo County), said 7.08 acre tract of land is Tract 144 as shown on the partition map of Los Ejidos de Reynosa Viejo Grant being recorded in Volume 7, Page 5-8 of the Map Records of Hidalgo County (M.R.H.C.), Texas, said 0.375 acre tract (16,318 square feet) parcel of land being more particularly described as follows;

### SCHEDULE C (Cont.)

**COMMENCING** at a found 5/8" rebar with an aluminum cap stamped "TR 370E Cor 9", having a coordinate of N=16,599,780.594, E=1,010,022.865, said point being the southwest comer of tract 144 and the northwest comer of tract 144-A of said partition map of Los Ejidos de Reynosa Viejo Grant, said point also being the northwest comer of said Cameron County, Texas tract and the northwest comer of the river levee easement ("859-H"), recorded in Volume 938, Page 51, Deed Records of Hidalgo County (D.R.H.C.), Texas, conveyed to the United States of America;

**THENCE**, S80-42-41E a distance of 166.09 feet along the North line of the RGV-04A_6 MCS-2020-2 tract to the **POINT OF BEGINNING**, being the Southwest Corner of this tract and having a coordinate of N=16,599,753.786 and E=1,010,186.774;

**THENCE**, N 23-00-54E a distance of 141.75 feet to a point along the east line of MCS-2044;

**THENCE**, N 22-23-02E a distance of 36.40 feet to a point along the east line of MCS-2044;

**THENCE**, N 17-03-55E a distance of 31.16 feet to a point along the east line of MCS-2044;

**THENCE**, N 09-22-40E a distance of 57.15 feet to a point along the east line of MCS-2044;

**THENCE**, N 04-47-20E a distance of 27.39 feet to a point along the east line of MCS-2044;

**THENCE**, N 01-51-30E a distance of 13.63 feet along the east line of MCS-2044 to a point on the north line of said Estate of Ballard F. McKee tract;

**THENCE**, continuing S 79-21-13E a distance of 35.06 feet along the public ROW of Calache Rd to point on the north line of said Estate of Ballard F. McKee tract for the northeast corner of the herein described proposed acquisition tract;

**THENCE**, S 03-51-48W a distance of 201.50 feet to a point along the east line of this tract and the west line of the Garza tract;

**THENCE**, S 24-34-00W a distance of 104.26 feet to a point along the east line of this tract and the west line of the Garza tract marked by a pin with an aluminum cap stamped RGV-0A_6-2 at the south east corner of said tract;

**THENCE**, N 80-42-41W a distance of 68.90 feet along the south line of this easement and the north line of tract MCS-2020-2 to a point being the south west corner of this tract and along the east line of MCS-2044 to the **POINT OF BEGINNING** and containing 0.375 acre tract (16,318 square feet) of land, more or less.

# SCHEDULE D

## **SCHEDULE D**

## MAP or PLAT

### LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

HIDALGO COUNTY, TEXAS



Tracts:  RGV-MCS-2044,  -1,  -2
Owner:  Harold M. Summers, *et al.*
Acreage:  1.243

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Hidalgo County, Texas

Tracts:  RGV-MCS-2044,  -1,  -2
Owner:  Harold M. Summers, *et al.*
Acres:  1.243

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is ONE THOUSAND, THREE HUNDRED AND TEN DOLLARS AND NO/100 ($1,310.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(*c*).

| Interested Party | Reference |
|---|---|
| **Judith Rodriguez** <br> ▮▮▮▮▮▮▮▮▮▮ <br> San Antonio, Texas 78209 | Warranty Deed filed 13 March 1953, Volume 769, Page 19 in the Deed Records of Hidalgo County, TX. <br><br> Estate of Ballard F. McKee, Deceased, filed 24 January, 1973, in Cause No. 10,580, Probate Court of Hidalgo County, TX. <br><br> Estate of Ruth H.S. Whitlock, Deceased, filed 21 February, 1995, in Cause No. 95-462-1, Probate Court of Tarrant County, TX. <br><br> C/C Probate for the Estate of Lucile Hendricks, Deceased, filed 30 August, 2010, in Doc. No. 2010-2133435, Official Public Records of Hidalgo County, TX. |
| **Harold M. Summers** <br> ▮▮▮▮▮▮▮▮▮▮ <br> Fort Worth, Texas 76112 | Warranty Deed filed 13 March 1953, Volume 769, Page 19 in the Deed Records of Hidalgo County, TX. <br><br> Estate of Ballard F. McKee, Deceased, filed 24 January, 1973, in Cause No. 10,580, Probate Court of Hidalgo County, TX. <br><br> Estate of Ruth H.S. Whitlock, Deceased, filed 21 February, 1995, in Cause No. 95-462-1, Probate Court of Tarrant County, TX. |

| | |
|---|---|
| **Pablo "Paul" Villarreal, Jr.**<br>Hidalgo County Tax Assessor & Collector<br>2804 S. Business Highway 281<br>Edinburg, TX 78539 | Hidalgo County Tax Assessor-Collector<br><br>Property Id. 518469<br>Geographic Id. L6050-00-000-0144-15 |
| **La Joya Independent School District** | Property Id. 222328<br>Geographic Id. L6050-00-000-0144-10 |
| **Hidalgo County, Texas** | Property Id. 222330<br>Geographic Id. L6050-00-000-0144-30 |
| **South Texas College** | Property Id. 222327<br>Geographic Id. L6050-00-000-0144-05 |
| **South Texas Independent School District** | Property Id. 222326<br>Geographic Id. L6050-00-000-0144-00 |
| **Hidalgo County Drainage District No. 1** | Property Id. 222329<br>Geographic Id. L6050-00-000-0144-20 |